IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BYUNG MOOK CHO, | * | Case No. 17-22057   - MMH |
| Debtor. | * | (Chapter 11) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF DEADLINE FOR FILING OBJECTIONS
### TO MOTION TO REJECT SETTLEMENT AGREEMENT

Please take notice that on September 13, 2017, Byung Mook Cho, by and through its attorney, Michael S. Myers and Scarlett, Croll & Myers, P.A., filed a Motion to Reject Settlement Agreement

**IF YOU OBJECT** to the motion, you must file a written objection with the Clerk of the United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland 21201**within 21 days of the date of mailing of this notice**.  If you are an attorney, you must electronically file your objection.   You must provide a copy of your objection to Michael S. Myers, Scarlett, Croll & Myers, P.A., 201 N. Charles Street, Suite 600, Baltimore, Maryland, 21201.

The document can be viewed for a per page fee via the PACER (Public Access to Electronic Court Records) system.   Log on to PACER at ecf.nmb.uscourts.gov.   For registration and use instructions, see pacer.psc.uscourts.gov/index.html.   You may also view this document from a computer at the Clerk's Office between 8:30 am and 4:30 pm, Monday through Friday, at no charge.

If no objections are timely filed, a proposed order may be submitted and approved by the Bankruptcy Court.

Dated: September 13, 2017          /s/ Michael S. Myers
                                   Michael S. Myers
                                   Federal Bar No. 28450

                                   SCARLETT, CROLL & MYERS, P.A.
                                   201 N. Charles Street, Suite 600
                                   Baltimore, Maryland   21201
                                   (410) 468-3100

{00187538.DOCX.1}

Certificate of Service

I HEREBY CERTIFY that on this 13th day of September, 2017, I caused a copy of the foregoing Notice of Motion to Reject Settlement Agreement to be sent via the Court's ECF/CF system to the email addressed set forth below:

**Hugh M. (UST) Bernstein**     hugh.m.bernstein@usdoj.gov

**Michael Stephen Myers**     mmyers@scarlettcroll.com,

krynarzewski@scarlettcroll.com; receptionist@scarlettcroll.com;r64434@notify.bestcase.com

**US Trustee - Baltimore**     USTPRegion04.BA.ECF@USDOJ.GOV

**Christopher S. Young**     cyoung@btlg.us,

 sphillips@btlg.us;hconnolly@btlg.us;

edonohue@btlg.us;hyeung@btlg.us;klohmeyer@btlg.us

And to the 20 largest unsecured creditors identified in the attached mailing matrix.

> */s/* Michael s. Myers
> Michael S. Myers
> Federal Bar No. 28450

{00187538.DOCX.1}